IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NATHANIEL LEE HILLIARD EL-BEY,   *

        Plaintiff,   *

v.   Case No. 7:23-cv-15 (WLS-TQL)

       *

LYNN, et al.,

       *

        Defendants.

       *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of May, 2023.

                        David W. Bunt, Clerk

                        s/ Kathleen S. Logsdon, Deputy Clerk